IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 99-0073 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO DEFER RESTITUTION PAYMENTS** |
| v. | |
| ADAM BLOMQUIST, *et al.*, | |
| Defendants. | |

Defendant Adam Blomquist has filed a pro se motion to defer restitution payments until the time of supervised release. Defendant is currently serving his sentence and required to make quarterly restitution payments of $25.00. Defendant requests the deferral of his restitution because he is poor and has medical problems.

Even if the Court has discretion to modify defendant's restitution payment schedule,[1] the Court finds that defendant has not demonstrated a factual basis for doing so. Accordingly, the Court DENIES defendant's motion. (Docket No. 505).

**IT IS SO ORDERED.**

Dated: January 14, 2008

SUSAN ILLSTON
United States District Judge

---

[1] Defendant cites 18 U.S.C. § 3572, which addresses the imposition of a sentence of a fine and related matters. It is unclear whether this section applies to modifications of a restitution payment plan.