IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM BLOMQUIST, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | No. CR 99-0073 SI<br><br>**ORDER DENYING DEFENDANT'S MOTION TO QUASH AND/OR SEVER AND DEFER RESTITUTION PAYMENTS** |

　　　　Now before the Court is defendant Adam Blomquist's third motion to vacate restitution payments and/or sever obligation to make restitution payments. Defendant is currently serving his sentence and required to make quarterly restitution payments of $25.00. Defendant asserts that he should not be required to make further restitution payments because his co-defendants (who also have restitution obligations) have not made any restitution payments. Defendant's previous motions advanced the identical assertion, and as with the previous unsuccessful motions, defendant does not provide any legal or factual support for this assertion.

　　　　Even if the Court has discretion to modify defendant's restitution payment schedule, the Court finds that defendant has not demonstrated a basis for doing so. Accordingly, the Court DENIES defendant's motion. (Docket No. 511). <u>Defendant shall not file any further motions regarding his restitution obligations unless defendant provides legal and factual support for the motion</u>.

　　　　**IT IS SO ORDERED.**

Dated: June 20, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge